
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Tulsa Pool Boys LLC<br><br>*Plaintiff(s)*<br>v.<br>600Monkeys Pool Leak Detection and Repair, LLC,<br>James Thalacker, and Jade Brewer<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-00614-MTS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  600Monkeys Pool Leak Detection and Repair
c/o James Thalacker
18808 E. Crooked Oak Dr.
Owasso, OK 74055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David M. Menditto
Menditto Law PLLC
15 West 6th Street, Suite 2505
Tulsa, OK 74119
(t) (918) 404-0670
(e) david@mendittolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/13/2025

*Signature of Clerk or Deputy Clerk*

c/ mailed to attorney

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Tulsa Pool Boys LLC | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:25-cv-00614-MTS |
| 600Monkeys Pool Leak Detection and Repair, LLC, James Thalacker, and Jade Brewer | )<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* James Thalacker
18808 E. Crooked Oak Dr.
Owasso, OK 74055

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David M. Menditto
Menditto Law PLLC
15 West 6th Street, Suite 2505
Tulsa, OK 74119
(t) (918) 404-0670
(e) david@mendittolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date:   11/13/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Tulsa Pool Boys LLC *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-00614-MTS |
| 600Monkeys Pool Leak Detection and Repair, LLC, James Thalacker, and Jade Brewer *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jade Brewer
3616 E. Rockport St.
Broken Arrow, OK 74014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David M. Menditto
Menditto Law PLLC
15 West 6th Street, Suite 2505
Tulsa, OK 74119
(t) (918) 404-0670
(e) david@mendittolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/13/2025

*Signature of Clerk or Deputy Clerk*